*General Berge,* and *Mr. Oscar A. Provost* and *Miss Melva M. Graney* for the United States.

No. 653. Collins *v.* Wayland et al. March 1, 1943. Petition for writ of certiorari to the Supreme Court of Arizona denied. *Mr. Thomas A. Flynn* for petitioner. *Mr. Charles L. Strouss* for respondents.

No. 655. Foster et al. *v.* United States; and
No. 656. Buescher et al. *v.* United States. March 1, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. C. Pryor* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 658. Brown *v.* Commissioner of Internal Revenue. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. S. Leo Ruslander* and *Samuel Kaufman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Archibald Cox* for respondent.

No. 667. American United Life Insurance Co. et al. *v.* Fischer, Commissioner of Insurance, Receiver. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edmund C. Shields, Clayton F. Jennings, Robert A. Adams, B. E. Godfrey,* and *John M. Scott, Jr.* for pe-